ORIGINAL

Form for Motion for Admission Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| SECRETARY OF LABOR, ) | |
| U.S. DEPARTMENT OF LABOR ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| MCI SERVICES, INC., et al. ) | |

---

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Joan M. Roller</u> to represent <u>Secretary of Labor</u> in this matter.

Signed: _____

Rudolph Contreras
Assistant U.S. Attorney for the
 District of Delaware
1007 N. Orange St., Suite 700
P.O. Box 2046
Washington, DE 19899-2046
(302) 573-6277 x154

Attorney for <u>Plaintiff</u>

Date: 5/6/05

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                        United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Pennsylvania</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Date: 5/5/05

(Applicant's Address)   Office of the Solicitor, 170 S. Independence Mall West, Suite 630 East, Philadelphia, PA 19106

Case 1:05-cv-00286-JJF    Document 2    Filed 05/11/2005    Page 2 of 2