AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

**SUMMONS IN A CIVIL CASE**

V.

MCI SERVICES, INC., et al.

CASE NUMBER: 05-286

TO: (Name and address of Defendant)

MCI Services, Inc.
c/o Secretary of State, Division of Corporations
401 Federal Street
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joan M. Roller
Office of the Solicitor, 170 S. Independence Mall West, The Curtis Ctr.,
Suite 630E, Philadelphia, PA 19106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         5/24/05

CLERK                            DATE

*Monica Mosley*

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 27, 2005 |
| NAME OF SERVER (PRINT) ADAM WELSH | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By mail to Delaware Secretary of State pursuant 8 Del. C.Ann. Section 321(b)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/1/05
　　　　　　　Date　　　　　　　　　　Signature of Server

170 S. Independence Mall W, Suite 630E Phila, PA 19106
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.