## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELAINE L. CHAO, Secretary of Labor,            )
United States Department of Labor,             )      C.A. NO.: 05-0286-JJF
                                               )
            Plaintiff,                         )
                                               )
        v.                                     )
                                               )
MCI Services, Inc., *et al.*,                  )
                                               )
            Defendants.                        )

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Labor Attorney, Joan M. Roller, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the _16_ day of ___June___, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Labor Attorney, Joan M. Roller, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with her; and it is,

FURTHER ORDERED that the Clerk's Office provide Department of Labor Attorney, Joan M. Roller, with an Electronic Filing Log-In and Password so that she may

file pleadings in this Court without the participation of the United States Attorney's

Office.

_____

UNITED STATES DISTRICT JUDGE