# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
ELAINE L. CHAO,                                    :
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,   :

                      Plaintiff,              :          Civil Action
   v.

                                     :          No. 05-286-JJF
                                     :
MCI SERVICES, INC., et al.                         :

                      Defendants.             :
---------------------------------------------------------------

## **REQUEST TO ENTER DEFAULT**

To the Clerk:

      Please enter the default of defendant MCI Services, Inc. for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. As indicated by the docket in this action, defendant was required to file a pleading in response to the Complaint by June 21, 2005, and no such pleading has been filed.

                                                     Respectfully submitted,

Post Office Address:                        Howard M. Radzely
                                                           Solicitor of Labor

Catherine Oliver Murphy                Catherine Oliver Murphy
Regional Solicitor                                Regional Solicitor
Office of the Solicitor
U. S. Department of Labor                s/ Joan M. Roller
Suite 630E, The Curtis Center           Joan M. Roller
170 S. Independence Mall West         Regional Counsel
Philadelphia, PA 19106-3306            roller.joan@dol.gov
(215) 861-5142
(215) 861-5162 (fax)                          U.S. DEPARTMENT OF LABOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2005, I electronically filed the attached Request to Enter Default with the Clerk of the Court using CM/ECF. I have also served this document via first class mail on the following:

Donald J. Koehler
Counsel
Principal Life Insurance Co.
711 High Street
DeMoines, Iowa 50392

 Joan M. Roller
Joan M. Roller
Attorney