IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR, :

                Plaintiff,     :      Civil Action

v.

                                   :      No. 05-286-JJF

MCI SERVICES, INC., et al.     :

                Defendants.     :

---

## AFFIDAVIT OF JOAN M. ROLLER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Joan M. Roller, being duly sworn according to law, states that she is Regional Counsel for the Office of the Solicitor, United States Department of Labor, and makes this affidavit in support of Plaintiff's Motion for Default Judgment:

1. I am the attorney of record in the above-captioned case and represent the plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor.

2. On May 11, 2005, plaintiff filed a Complaint against defendant MCI Services, Inc. ("MCI Services"). Plaintiff also named Principal Life Insurance Company as a defendant in that Complaint pursuant to Fed. R. Civ. P. 19(a).



GOVERNMENT EXHIBIT B

3. Because MCI Services is a void corporation according to the Delaware Division of Corporations, services of the summons and complaint upon MCI Services was effectuated by serving the Delaware Secretary of State pursuant to 8 Del. C. Ann. § 321(b). (See Exh. 1 attached hereto).

4. MCI Services never filed an Answer to the Complaint or asserted any defense in this action as provided by the Federal Rules of Civil Procedure.

5. To the best of my knowledge, information, and belief, MCI Services is neither an infant or incompetent person or in the military service of the United States of America.

The foregoing statements are true and correct to the fullest extent of my knowledge, information and belief. I so declare under penalty of perjury.

_____
Joan M. Roller

Date: 7/14/05