IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR, :

           Plaintiff,    :     Civil Action

v.

       :     No. 05-286-JJF

MCI SERVICES, INC., et al.

           Defendants.    :

---

### DECLARATION OF BINDU GEORGE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Bindu George, hereby state that I am an Investigator with the Philadelphia Regional Office of the Employee Benefits Security Administration ("EBSA"), United States Department of Labor, and make this declaration in support of Plaintiff's Motion for Default Judgment pursuant to Section 1746 of Title 28 of the United States Code:

1.    In the course of my duties with EBSA, I was assigned to conduct an investigation of the MCI Services, Inc. 401(k) Retirement Plan (the "Plan") to determine whether any violations of Title I of the Employee Retirement Income Security Act of 1974 had occurred or were about to occur.



GOVERNMENT EXHIBIT C

2. My investigation has revealed the following facts:

a. MCI Services, Inc. ("MCI Services") is currently a void corporation under the laws of Delaware and was involuntarily dissolved by the Delaware Secretary of State for failure to pay taxes.

b. MCI Services is the sponsor and Plan Administrator of the MCI Services, Inc. 401(k) Retirement Plan (the "Plan"). The Plan is an employee benefit plan within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3).

c. Principal Life Insurance Company ("Principal") is the custodian of the Plan assets.

d. During the first half of 2001, MCI Services became insolvent and ceased operations.

e. As of July 2001, MCI Services stopped making contributions to the Plan.

f. Since MCI Services ceased operations, it has not taken fiduciary responsibility for the operation and administration of the Plan and its assets, nor has it appointed anyone to assume said responsibility.

g. Since MCI Services ceased operations, participants and beneficiaries of the Plan have not been able to obtain distributions from the Plan of their individual account balances.

h. Under the terms of the Plan, the Plan was to be terminated by MCI Services when it completely discontinued contributions.

      i.    Once the Plan is terminated, the terms of the Plan require the trustee to distribute the Plan assets to the participants and beneficiaries.

The foregoing statements are true and correct to the fullest extent of my knowledge, information and belief. I so declare under penalty of perjury.

                                                          *Bindu George*
                                                          Bindu George

Date: 7/20/2005