IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-286-JJF <br> : |
| MCI SERVICES, INC., PRINCIPAL LIFE INSURANCE COMPANY, | : <br> : <br> : <br> : |
| Defendant. | : |

## CLERK'S ENTRY OF DEFAULT

And now to wit this **19th** day of **October, 2005**, the Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, filed a Request To Enter Default (D.I. 7) pursuant to Fed. R. Civ. P. 55(a).

It appearing from the record (D.I. 3), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1) and Defendant, MCI Services, Inc. has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, MCI Services, Inc.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk