IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO,  :
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,  :

          Plaintiff,  :    Civil Action

v.

    :    No. 05-286-JJF

MCI SERVICES, INC., et al.  :

          Defendants.  :

---

## DEFAULT JUDGMENT

Plaintiff having filed her Complaint herein, and defendant MCI Services, Inc. ("MCI") having failed to answer or otherwise defend against the Complaint; and the plaintiff having moved the Court to enter default judgment in favor of the plaintiff and against defendant MCI for failure to answer or otherwise defend against plaintiff's Complaint; and it appearing by affidavits filed of record that MCI is the Plan Administrator and fiduciary of the MCI Services, Inc. 401(k) Retirement Plan ("the Plan"), and in that capacity at relevant times violated ERISA §§ 404(a)(1)(A) and 404(a)(1)(B), and that such violations have prevented the distribution of Plan assets to the participants and beneficiaries, it is hereby

ORDERED, ADJUDGED AND DECREED by the Court:

1. That defendant MCI is removed from its position as fiduciary with respect to the Plan and that Jacqueline Carmichael ("Carmichael") is appointed as an independent fiduciary to administer the Plan in order to effectuate its termination, including the distribution of Plan assets to the participants and beneficiaries;

2. That Carmichael's compensation for her work as the independent fiduciary shall not exceed $2500.00. Carmichael's compensation shall be paid out of the Plan assets, with the cost allocated proportionally among the balances of the Plan participants.

3. That defendant Principal Life Insurance Company is directed to turn the assets of the Plan over the independent fiduciary appointed by the Court to administer the Plan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that costs will be allowed the plaintiff against defendant MCI Services, Inc.

Dated: October 21, 2005

_____
United States District Judge