IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SECRETARY OF LABOR ELAINE L. :
CHAO,                         :
                              :
          Plaintiff,          :
                              :
     v.                       :  Civil Action No. 05-286-JJF
                              :
MCI SERVICES, INC., PRINCIPAL :
LIFE INSURANCE CO.,           :
                              :
          Defendants.         :

#### O R D E R

WHEREAS, a default judgment was entered against MCI
Services, Inc., and MCI Services, Inc. was terminated as a party
to this action;

WHEREAS, this action remains pending against Defendant
Principal Life Insurance Co.,

WHEREAS, Defendant Principal Life Insurance Company executed
a waiver of service, but has not entered an appearance in this
action to date;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff provide
the Court with the status of this action as it pertains to
Defendant Principal Life Insurance Co. **within twenty (20) days of
the date of this Order.**

February  6  , 2006
Date

UNITED STATES DISTRICT JUDGE