# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
ELAINE L. CHAO,                                              :
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,   :

              Plaintiff,              :         Civil Action
  v.
                                  :         No. 05-286-JJF
                                  :
MCI SERVICES, INC., et al.                                   :

              Defendants.           :
---------------------------------------------------------------

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW comes the Plaintiff, by and through its undersigned counsel, to dismiss with prejudice Principal Life Insurance Co. ("Principal") as a defendant in this case, in accordance with Federal Rule of Civil Procedure 41(a)(1). Principal consents to and was provided notice of this dismissal as evidenced by the signature of its counsel.

Each party agrees to bear its own attorney's fees, costs and other expenses incurred by such party in connection with any stages of the above-referenced proceeding including, but not limited to, attorney's fees and costs which may be available under the Equal Access to Justice Act, as amended.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

s/ Donald J. Koehler, II                     s/ Joan M. Roller
Donald J. Koehler, II                          Regional Counsel
Attorney                                             Office of the Solicitor
Principal Life Insurance Co.            U.S. Department of Labor
711 High Street                                 Suite 630E, The Curtis Center
Des Moines, IA 50392                     170 S. Independence Mall West
(515) 362-0597                                 Philadelphia, PA 19106-3306
(866) 496-6527 (fax)                        (215) 861-5142
                                                          (215) 861-5162 (fax)
                                                          roller.joan@dol.gov

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff